**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 08-6682

———————————————

HOWARD W. PAYNE, JR.,

                    Petitioner - Appellant,

          v.

DIRECTOR, VA DEPT OF CORRECTIONS,

                    Respondent – Appellee.

———————————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:07-cv-00152-LMB-TRJ)

———————————————

Submitted: October 14, 2008       Decided: October 17, 2008

———————————————

Before KING, GREGORY, and AGEE, Circuit Judges.

———————————————

Dismissed by unpublished per curiam opinion.

———————————————

Howard W. Payne, Jr., Appellant Pro Se.   Eugene Paul Murphy,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia,
for Appellee.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard W. Payne, Jr., seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000); Reid v. Angelone, 369 F.3d 363, 369 (4th Cir. 2004). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Payne has not made the requisite showing. Accordingly, we deny Payne's motion for appointment of counsel and an evidentiary hearing, deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

DISMISSED